IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-50186
_____

AUSTIN APARTMENT ASSOCIATION,

    Plaintiff - Appellant

v.

CITY OF AUSTIN,

    Defendant - Appellee

DORIS LANDRUM; DIMPLE SMITH; GLORIA MIDDLETON; LATORIE DUNCAN,

    Intervenor Defendants - Appellees

_____

Appeal from the United States District Court for the
Western District of Texas, Austin
_____

Before KING, JOLLY, and HAYNES, Circuit Judges.

PER CURIAM:

    This Court previously granted Appellant's motion for injunction temporarily, pending further order of this Court. That order is now vacated, and the following substituted in its place.

    IT IS ORDERED that Appellant's opposed emergency motion for

injunction is DENIED.[1]

IT IS FURTHER ORDERED that the appellee's opposed motion for reconsideration of the March 6, 2015, Court Order granting appellant's motion for injunction pending appeal is DENIED as unnecessary.

IT IS FURTHER ORDERED that the appellee's opposed motion to vacate the Court's Order of March 6, 2015, is DENIED as unnecessary.

---

[1] Judge Jolly would grant the motion for injunction pending appeal.